# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| USI INSURANCE SERVICES LLC | Case No. | 4:23-cv-00054-WTM-CLR |
| Plaintiff | | |
| v. ASHLEY L. TILLMAN, JOEY MONAHAN, and H. FRANK GARRISON | Appearing on behalf of | All Defendants |
| Defendant | | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __16th__ day of __March__, __2023__.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Warren R. Hall, Jr.

Business Address: Hall, Gilligan, Roberts & Shanlever LLP
Firm/Business Name

3340 Peachtree Road N.E.  Atlanta, Georgia  30326
Street Address

| Suite 1900 | Atlanta | Georgia | 30326 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

same as street address
Mailing Address (if other than street address)

| n/a | n/a | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| (404) 442-8777 | | 319405 |
|---|---|---|
| Telephone Number (w/ area code) | | Georgia Bar Number |

Email Address: whall@hgrslaw.com