IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| USI INSURANCE SERVICES LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASHLEY L. TILLMAN, JOEY )<br>MONAHAN, and H. FRANK )<br>GARRISON, )<br>)<br>Defendants. ) | Civil Action File No.<br>4:23-cv-00054-LGW-CLR |

### ORDER DISMISSING DEFENDANT JOEY MONAHAN

Having considered the parties Joint Motion to Voluntarily Dismiss Defendant Joey Monahan, and for good cause shown, the Court **GRANTS** the Motion. Defendant Joey Monahan and all claims asserted against him are hereby **DISMISSED WITHOUT PREJUDICE**. The Court orders that the caption of this case shall be modified to reflect this dismissal. The Plaintiff USI Insurance Services LLC and Defendant Joey Monahan shall bear their own attorneys' fees and costs.

SO ORDERED, this 20 day of October, 2023.

_____
HONORABLE LISA G. WOOD
UNITED STATES DISTRICT JUDGE